William C. La Tourette (WCL6900)
LoFaro & Reiser, LLP
55 Hudson Street
Hackensack, NJ 07601
Tel: (201) 498-0400   Facsimile: (201) 498-0016
Email: wlatourette@new-jerseylawyers.com
Attorneys for Plaintiff, Custom Store Fixtures, L.L.C.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CUSTOM STORE FIXTURES, L.L.C.,<br><br>  Plaintiff,<br>v.<br><br>INDUSTRY OUTFITTERS, INC., DANIEL GUTFREUND, THE SHS GROUP, L.L.C. d/b/a THE SALON PROFESSIONAL ACADEMY, GAC BEAUTY ACADEMY OF ORLANDO, INC. d/b/a THE SALON PROFESSIONAL ACADEMY ORLANDO, JOHN DOES 1 – 10, and ABC COMPANIES 1 – 10,<br><br>  Defendants. | CIVIL ACTION NO.: 3:10-cv-01924 (FLW)<br><br><br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that the complaint of plaintiff Custom Store Fixtures, L.L.C. against the defendant GAC BEAUTY ACADEMY OF ORLANDO, INC. d/b/a THE SALON PROFESSIONAL ACADEMY ORLANDO be and hereby is dismissed with prejudice and without costs.

**LoFARO & REISER, LLP**
Attorneys for plaintiff Custom Store Fixtures, L.L.C.

_____
William C. La Tourette

1